PAUL M. WARNER, United States Attorney (#3389)
JASON P. PERRY, Special Assistant United States Attorney (#8663)
MICHELE M. CHRISTIANSEN, Assistant United States Attorney (#7259)
Attorneys for the United States of America
185 South State Street, Suite 400
Salt Lake City, Utah 84111-1506
Telephone: (801) 524-5682
Facsimile: (801) 524-6924

FILED

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | 2:01CR0034 K |
| Plaintiff, | : | INDICTMENT |
| vs. | : | VIOLATION of 18 U.S.C. § 2422(b) |
| LYLE JOHN HUBBARD, | : | |
| Defendant. | : | COERCION AND ENTICEMENT FOR ILLEGAL SEXUAL ACTIVITY |
| | : | |

The Grand Jury charges:

#### COUNT I

On or about the January 16th, 2001, in the Central Division of the District of Utah and elsewhere,

**LYLE JOHN HUBBARD,**

the defendant herein, did knowingly and intentionally, by a means and a facility of interstate commerce, persuade, induce, entice, or coerce an individual who had not attained the age of eighteen years, to engage in sexual activity for which a person can be



charged with a criminal offense, and attempted to so persuade, induce, entice or coerce; all in violation of Title 18, United States Code, Section 2422(b).

A TRUE BILL:

_____
FOREPERSON OF THE GRAND JURY

PAUL M. WARNER
United States Attorney

_____
JASON P. PERRY
Special Assistant United States Attorney

MICHELE M. CHRISTIANSEN
Assistant United States Attorney