# MINUTES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

JUDGE: Hon. David K. Winder

COURT REPORTER: Ed Young
COURTROOM DEPUTY: Kim Jones
INTERPRETER:

CASE NO. 2:01-CR-34 K

USA v Lyle John Hubbard

Approved By:_____

## APPEARANCE OF COUNSEL

Pla   Michele Christiansen, AUSA
Dft   Paul Grant

DATE: Oct. 15, 2001

MATTER SET: Imposition of Sentence

DOCKET ENTRY:

> Dft present w/ cnsl. Crt reviewed the sentencing guidelines in this case w/ parties (12, I, 10-16 mos.) Dft's motion for downward departure addressed by Crt and cnsl. Crt denied the motion. Stmt made by dft.
> Crt imposed sentence: dft placed in custody BOP 5 mos & 5 mos home confinement; Crt strongly recommends dft be placed in Cornell Comm Corrections Ctr w/ work release & release privileges for other purposes as deemed appropriate by U.S. Probation. While on home confinement, dft shall be allowed release for therapy, medical, employment, and any other reason allowed by U.S. Probation.
> Upon release from confinement, dft placed on supervised release for 36 mos. All standard conditions shall apply; special conditions imposed:
> 1. Dft shall participate in sex offender treatment.
> 2. Dft shall not use or possess alcohol.
> 3. Dft shall submit to drug/alcohol testing and pay initial $115 fee.
> 4. Dft shall not incur new credit charges or open new lines of credit.
> 5. Dft shall provide U.S. Probation w/ all requested financial information.
> 6. Dft shall abide by occupational restrictions: no employment that will place him in unsupervised contact with juveniles.
> 7. Dft is restricted from visitation w/ individuals under the age of 18.
>
> Dft shall pay fine of $2,000 according to a schedule established by U.S. Probation. $100 SAF due

immediately.
Dft shall self-surrender to the CCC on Oct. 22, 2001.