United States Probation Office
for the District of Utah

# Request for Out-of-Country Travel

Name of Offender: **Lyle J. Hubbard**  Docket Number: **2:01-CR-00034-001-DW**

Name of Sentencing Judicial Officer: **Honorable David K. Winder**
**Senior United States District Judge**

Date of Original Sentence: **October 29, 2001**

Original Offense:  **Coercion and Enticement for Illegal Sexual Activity**

Original Sentence:  **36 Months Probation**

Type of Supervision: **Probation**   Supervision Began: **October 29, 2001**

## SUMMARY

The defendant has remained employed with Teleperformance USA throughout his term of supervision, and currently holds the position of Training Manager. The defendant's employer is holding a conference in Cancun, Mexico, which the defendant hopes to attend. He has been in compliance with fine payments, counseling, and other aspects of his supervision. His company is paying for airline tickets and accommodations. The probation office supports the defendant in his desire to travel to Mexico for this business conference.

If the Court desires more information or another course of action, please contact me at (801) 261-5257, extension 4646.

Respectfully submitted,

by _____

Glen B. Manross
United States Probation Officer
February 13, 2003

**THE COURT:**

[x] Approves the request noted above
[ ] Denies the request noted above
[ ] Other

2-14-03

_____
Honorable David K. Winder
Senior United States District Judge



United States District Court
for the
District of Utah
February 18, 2003

alp

* * CERTIFICATE OF SERVICE OF CLERK * *

Re:  2:01-cr-00034

True and correct copies of the attached were either mailed, faxed or e-mailed by the clerk to the following:

    Jason Paul Perry, Esq.
    UTAH ATTORNEY GENERAL'S OFFICE
    236 STATE CAPITOL
    SALT LAKE CITY, UT   84114
    EMAIL

    USMS
    DISTRICT OF UTAH
    ,
    JFAX 9,5244048

    US Probation
    DISTRICT OF UTAH
    ,
    EMAIL