United States Probation Office
for the District of Utah

# Report on Offender Under Supervision

Name of Offender: **Lyle J. Hubbard**  Docket Number: **2:01-CR-00034-001-DKW**

Name of Sentencing Judicial Officer:  **Honorable David K. Winder**
**Senior United States District Judge**

Date of Original Sentence: **October 29, 2001**

Original Offense:  **Coercion and Enticement for Illegal Sexual Activity**

Original Sentence:  **36 Months Probation**

Type of Supervision:  **Probation**  Supervision Began: **October 29, 2001**

## REQUEST FOR OUT-OF-COUNTRY TRAVEL

The defendant remains employed with Teleperformance USA and holds the position of training manager. Last year, the Court allowed the defendant to travel to a conference in Cancun, Mexico. This year's conference is in Cabo San Lucas, Mexico, March 4, 2004. The defendant has paid his fine in full, has completed counseling, and appears to be in compliance with all aspects of his supervision. His company is paying for the airline tickets and accommodations. The probation office supports the defendant in his desire to travel to Mexico for this business conference.

If the Court desires more information or another course of action, please contact this officer at (801) 975-3400, extension 4000.

Respectfully submitted,

by  *(signature)*

Glen B. Manross
U.S. Probation Officer
Date: February 19, 2004

THE COURT:
[X]  Approves the request noted above
[ ]  Denies the request noted above
[ ]  Other

*(signature)*

Honorable David K. Winder
Senior United States District Judge

Date: 2-20-04

United States District Court
for the
District of Utah
February 23, 2004

* * CERTIFICATE OF SERVICE OF CLERK * *

Re: 2:01-cr-00034

True and correct copies of the attached were either mailed, faxed or e-mailed by the clerk to the following:

US Probation
DISTRICT OF UTAH
,
EMAIL

USMS
DISTRICT OF UTAH
,
JFAX 9,5244048

Jason Paul Perry, Esq.
UTAH ATTORNEY GENERAL'S OFFICE
236 STATE CAPITOL
SALT LAKE CITY, UT 84114
EMAIL